UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID ROGER UNITAN,<br><br>　　　　Defendant. | CASE NO. MJ21-159<br>DOR NO. 20-293M and 21-053 BR<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Violation of Pretrial Release; Wire Fraud; Aggravated Identity Theft; Money Laundering

<u>Date of Detention Hearing</u>:　March 18, 2021.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has been indicted in the District of Oregon for Wire Fraud, Aggravated Identity Theft and Money Laundering. He also is charged with violating pretrial release based on allegations that defendant absconded from the charging district. The AUSA alleges defendant was in abscond status for 7 weeks and recent purchases indicate an intention to elude apprehension. He was not interviewed by Pretrial Services, so much of his background information is unknown or unverified.

2. Defendant poses a risk of nonappearance based on lack of stable residence, mental health history, noncompliance while on pretrial supervision, and lack of verifiable employment. Defendant poses a risk of danger based on mental health history and noncompliance while on pretrial supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3